# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. ~~[illegible]~~ |
| ERIC GAVELEK MUNCHEL | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Eric Gavelek Munchel,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violations of 18 U.S.C. 1752(a) and 40 U.S.C. 5104(e)(2)

Date: January 10, 2021

G. Michael Harvey
2021.01.10 23:14:15
-05'00'
*Issuing officer's signature*

City and state: Washington D.C.

Hon. G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/10/2021, and the person was arrested on *(date)* 1/10/2021
at *(city and state)*

Date: 1/10/2021

*Arresting officer's signature*

Christopher R. Potts, SA FBI
*Printed name and title*