MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. **Eric Munchel**, No. **3:21-mj-2668**

ATTORNEY FOR GOVERNMENT: **Ben Schrader**
ATTORNEY FOR DEFENDANT: **Caryll Alpert**    (**AFPD**)  Panel  Retained
PRETRIAL SERVICES/PROBATION OFFICER: **Kim Haney**
INTERPRETER NEEDED?  YES  **(NO)**  LANGUAGE/INTERPRETER: _____
☐ PRESENT    ☐ ON TELEPHONE

☑ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☑ **ARRESTED ON:** **1.10.21**
  DEFENDANT HAS A COPY OF:
  ☑ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
  ☑ Defendant advised of the charges and the maximum penalties
  ☐ Defendant has a copy of notice of rights
  ☑ Defendant advised of right to counsel          ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☑ FPD Appointed
  ☑ Defendant advised of right to silence
  ☐ Defendant advised of right to **Consular notification**
  ☑ Government motion for detention
  ☑ Defendant temporarily detained                 ☐ ICE detainer on defendant
  ☐ Defendant waived detention hearing             ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody         ☐ Defendant to be returned to State custody
  ☑ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant to remain on current conditions of **supervised release**
  ☐ Defendant released on:
       ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
       ☐ Appearance bond in the amount of: _____
       ☐ Property bond [description of property]: _____
       ☐ Performance bond [as set out in conditions of release]
  ☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☑ **PRELIMINARY**/DETENTION/ARRAIGNMENT CONTINUED TO: **1.19.21 at 9:30 am**

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof           ☐ Indictment/Information read to defendant by Judge
  PLEA: ☐ GUILTY   ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

---

DATE: **1.11.21**           TOTAL TIME: **10 minutes**
BEGIN TIME: **4:36 pm**     END TIME: **4:46 pm**
*Digitally Recorded*