# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

United States of America

NOTICE

v.

Eric Munchel

Case No. 3:21-mj-2668

| Type of case: | ☐ Civil | ☒ Criminal |

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place  Video conference at U.S. Courthouse, 801 Broadway, Nashville, TN 37203

Room No. _____  Date 1.19.21  Time 9:30 AM

Type of Proceeding   Preliminary and Detention Hearing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

Place _____

*Date and time previously scheduled:*    *Continued to:*

Date _____ Time _____    Date _____ Time _____

JEFFERY S. FRENSLEY
U.S. Magistrate Judge or Clerk of Court

Date  1.11.21

Surabhi Morrissey
(by) Deputy Clerk