UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:21-mj-2668 |
| ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| ERIC GAVELEK MUNCHEL ) | |

<u>UNOPPOSED MOTION TO CONTINUE
PRELIMINARY AND DETENTION HEARINGS</u>

This matter currently is scheduled for preliminary and detention hearings on Tuesday, January 19, 2021. Without opposition from the government, Mr. Munchel asks the Court to postpone this matter to provide additional time for the defendant to prepare for the hearing.

In support of this motion, defense counsel would show the following: Although defense counsel had hoped to proceed with this matter on Tuesday, January 19, 2021, defense counsel is still gathering information and needs additional time to prepare for the detention hearing. Assistant United States Attorney Ben Schrader advises that he has no opposition to this request. Both parties have availability for a hearing on Friday, January 22, 2021, if that date is available to the Court.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR# 017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Eric Gavelek Munchel

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing Motion To Continue with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to John Benjamin Schrader, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT