IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff(s) )<br> )<br>v. )<br> )<br>ERIC MUNCHEL )<br>Defendant(s) ) | Case No. 3:21-mj-2668<br>Magistrate Judge Frensley |

## ORDER

On January 22, 2021, the Defendant Eric Munchel, appeared with counsel, Caryll Alpert and Henry Martin, and also came the Assistant U.S. Attorney, for a preliminary and detention hearing. The Defendant is to be released on the conditions provided in the attached order. The identity and contact information of the Defendant's third party custodian is to be provided only to the United States Probation Office. The Court's order is stayed until January 25, 2021 at 10:00 am Central Standard Time.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge