United States District Court
Middle District of Tennessee

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7178, ext 3231

E-Mail: Vanessa_Haines@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

February 2, 2021

Clerk
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: TRANSMISSION OF RULE 5 DOCUMENTS

    USA v. Eric Gavelek Munchel
    Middle District of Tennessee Case No. 3:21-mj-2668

Dear Clerk:

    Enclosed please find certified copies of Rule 5 paperwork for the above-reference case.

    Sincerely,

    *[signature]*

    Vanessa Haines
    Case Administator

Enclosures